AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

JOSE SANTOS MIRANDA,

    Petitioner,       JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:05-cv-0264-ECR-RAM**

E.K. MCDANIEL, et al.,

    Respondents.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Petitioner's Amended Petition for Writ of Habeas Corpus (docket #2) is DENIED. Petitioner is DENIED A CERTIFICATE OF APPEALABILITY.

   May 19, 2008                                    **LANCE S. WILSON**
                                                                                           Clerk

                                                                   /s/ Kalani Lizares
                                                                      Deputy Clerk